UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | Civil Action No. 23-1348 (RDM) |
| | **)** | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

## JOINT STATUS REPORT

Plaintiff, Protect the Public's Trust, and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks, *inter alia*, certain records relating to meetings with the Secretary of the Department of Health and Human Services. Plaintiff filed this suit on May 11, 2023, and Defendant filed its answer on July 20, 2023.

Since the Court's July 22, 2023, Minute Order setting the current Joint Status Report deadline, the parties have been actively engaged in discussions regarding the scope of Plaintiff's FOIA request. Defendant provided Plaintiff, through counsel, a proposal to modify the scope of the request into one that Defendant views reasonably describes the records sought and would not pose an undue burden on Defendant. In response, Plaintiff requested information from Defendant about the estimated size of the potentially responsive records. Defendant is currently working to compile this response for Plaintiff. The parties will continue to work together in conferring about the scope of Plaintiff's FOIA request, and will update the Court at the August 29, 2023, Conference, and in future Joint Status Reports.

Dated: August 22, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-7229
Email:  Stephen.DeGanaro@usdoj.gov

*Attorneys for the United States of America*

By: /s/Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*