UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | Civil Action No. 23-1348 (RDM) |
| | **)** | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

## JOINT STATUS REPORT

Plaintiff, Protect the Public's Trust, and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks, *inter alia*, certain records relating to meetings with the Secretary of the Department of Health and Human Services.  Plaintiff filed this suit on May 11, 2023, and Defendant filed its answer on July 20, 2023.

Since the Court's September 27, 2023, 2023, Minute Order setting the current Joint Status Report deadline, Defendant has been actively engaged in providing information regarding the scope of Plaintiff's FOIA request to Plaintiff through counsel.  As previously reported, Plaintiff requested information from Defendant about the estimated size of the potentially responsive records.  Defendant is currently working to compile this response for Plaintiff.  Specifically, Defendant shared with Plaintiff an estimate of the file size of data that will need to be reviewed to find records responsive to Part 1 of Plaintiff's FOIA request.  Unfortunately, technical difficulties that Defendant is experiencing with its reviewing platform vendor prevent Defendant from providing an estimate of the number of documents and pages—so that the parties can continue to

confer over the scope of Plaintiff's FOIA request.  Defendant has submitted a new search for Part 1 for the files in a different format, which Defendant hopes will address the technical issues it is experiencing.  In the meantime, the search for responsive records for Part 4 of the request is complete and approximately 1600 pages of records were located.  Defendant anticipates processing the visitor logs by year and making the first production of these records on October 27, 2023, then making subsequent productions on the 15th of each month beginning on November 15, 2023.

Accordingly, the parties respectfully propose that they file a further status report on or before November 27, 2023.

Dated: October 27, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _/s/ Stephen DeGenaro_
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-7229
Email:  Stephen.DeGanaro@usdoj.gov

*Attorneys for the United States of America*

By: _/s/Gary M. Lawkowski_
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*