UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST, | **)**<br>**)**<br>**)** |  |
| Plaintiff, | **)**<br>**)** |  |
| v. | **)**<br>**)** | Civil Action No. 23-1348 (RDM) |
| UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, | **)**<br>**)**<br>**)** |  |
| Defendant. | **)**<br>**)** |  |

## <u>JOINT STATUS REPORT</u>

Plaintiff, Protect the Public's Trust, and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks, *inter alia*, certain records relating to meetings with the Secretary of the Department of Health and Human Services.  Plaintiff filed this suit on May 11, 2023, and Defendant filed its answer on July 20, 2023.

Since the Court's October 29, 2023, Minute Order setting the current Joint Status Report deadline, Defendant has been actively engaged in providing information regarding the scope of Plaintiff's FOIA request to Plaintiff through counsel.  As previously reported, Plaintiff requested information from Defendant about the estimated size of the potentially responsive records.  Defendant is currently working to compile this response for Plaintiff.  Specifically, Defendant shared with Plaintiff an estimate of the file size of data that will need to be reviewed to find records responsive to Part 1 of Plaintiff's FOIA request.  Unfortunately, technical difficulties that Defendant is experiencing with its reviewing platform vendor prevent Defendant from providing an estimate of the number of documents and pages—so that the parties can continue to confer over

the scope of Plaintiff's FOIA request.  Defendant has submitted a new search for Part 1 for the files in a different format, which Defendant hopes will address the technical issues it is experiencing.  In the meantime, the search for responsive records for Part 4 of the request is complete and approximately 1600 pages of records were located.  As previously reported, Defendant anticipates processing the visitor logs by year.  Since the last report, Defendant made the first production of the visitor logs on October 27, 2023 and the second on November 15, 2023.  Defendant still anticipates making subsequent productions on the 15th of each month until production is complete.

Accordingly, the parties respectfully propose that they file a further status report on or before December 22, 2023.

*    *    *

Dated: November 27, 2023                    Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                                            By:  /s/ Stephen DeGenaro
                                            STEPHEN DEGENARO
                                            D.C. Bar #1047116
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            Telephone:  (202) 252-7229
                                            Email:  Stephen.DeGanaro@usdoj.gov

                                            *Attorneys for the United States of America*

                                            By: */s/Gary M. Lawkowski*
                                            Gary M. Lawkowski
                                            D.D.C. Bar ID: VA125
                                            DHILLON LAW GROUP, INC.
                                            2121 Eisenhower Avenue, Suite 608
                                            Alexandria, Virginia 22314
                                            Telephone: 703-574-1654
                                            GLawkowski@Dhillonlaw.com

                                            *Counsel for the Plaintiff*