UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, **)** <br><br> Plaintiff, **)** <br><br> v. **)** <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, **)** <br><br> Defendant. **)** | Civil Action No. 23-1348 (RDM) |

## JOINT STATUS REPORT

Plaintiff, Protect the Public's Trust, and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks, *inter alia*, certain records relating to meetings with the Secretary of the Department of Health and Human Services. Plaintiff filed this suit on May 11, 2023, and Defendant filed its answer on July 20, 2023.

As reported in the last joint status report, because of technical issues, Defendant submitted an initial new search for Part 1 for the files in a different format and located approximately 1648 potentially responsive pages. Defendant completed production of the part 1 records on January 26, 2024. Defendant is considering whether additional searches will be necessary for Part 1. In the meantime, the search for responsive records for Part 4 of the request is complete and approximately 1600 pages of records were located. As previously reported, Defendant made the final production of visitor logs on December 15, 2023. Defendant has partially completed the

search for records responsive to part 3 and anticipates processing the located records by March 31, 2024.

Accordingly, the parties respectfully propose that they file a further status report on or before March 25, 2024.

Dated: February 22, 2024     Respectfully submitted,

            MATTHEW M. GRAVES, D.C. Bar #481052
            United States Attorney

            BRIAN P. HUDAK
            Chief, Civil Division

            By: */s/ Stephen DeGenaro*
            STEPHEN DEGENARO
            D.C. Bar #1047116
            Assistant United States Attorney
            United States Attorney's Office
            601 D Street, N.W.
            Washington, D.C. 20530
            Telephone:  (202) 252-7229
            Email:  Stephen.DeGanaro@usdoj.gov

            *Attorneys for the United States of America*

            By: */s/Gary M. Lawkowski*
            Gary M. Lawkowski
            D.D.C. Bar ID: VA125
            DHILLON LAW GROUP, INC.
            2121 Eisenhower Avenue, Suite 608
            Alexandria, Virginia 22314
            Telephone: 703-574-1654
            GLawkowski@Dhillonlaw.com

            *Counsel for the Plaintiff*