UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>        Defendant. | Civil Action No23-1348 (RDM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's unopposed motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including July 20, 2023, to respond to the Complaint in this action.


SO ORDERED:


_____
Dated

_____
Hon. Randolph D. Moss
United States District Judge